**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Glenn A. Boyd Jr.                                               CHAPTER 13
           Debtor(s)

BKY. NO. 25-10691 JCM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of ATLX 2024-RPL2 Trust and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
16 Dec 2025, 10:06:11, EST

Denise Carlon, Esq. (317226) ☐
Matthew Fissel, Esq. (314567) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com