## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-10691-JCM |
| | : | |
| Glenn A. Boyd, Jr., | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

### PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**NONE**

**Next Payment Advice Expected (post-filing):**

**NA**

C.C.                                        BOYD, GLENN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 25-10691-JCM |
| Glenn A. Boyd, Jr., | CHAPTER 13 |
| Debtor | |

**VERIFICATION REGARDING PROOF OF INCOME**

I, Glenn A. Boyd, Jr., hereby state as follows:

1.) I receive Social Security Benefits in the amount of $2,252.00 per month.
2.) I also receive SNAP Benefits in the amount of $119.00 per month.
3.) I was required to file 2023 – 2024 tax returns; therefore, I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

   I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: January 14, 2026                    /s/ Glenn A. Boyd, Jr.
                                          Debtor

C.C.                               BOYD, GLENN