FORM JCM 005

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 25-10691-JCM |
| | : | |
| **Glenn A. Boyd, Jr.,** | : | **CHAPTER 13** |
| Debtor, | : | |
| _____ | : | **RELATED TO DOCKET NO.: 25** |
| **Glenn A. Boyd, Jr.,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **LVNV Funding, LLC,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING DEBTOR'S MOTION TO AVOID AND CANCEL A JUDGMENT LIEN
ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTOR**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than February 19, 2026 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on March 10, 2026 at 2:00 P.M. before Judge John C. Melaragno in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| Date of Service: <u>February 2, 2026</u> | Respectfully submitted,<br><u>/s/ Daniel P. Foster, Esquire</u><br>Daniel P. Foster<br>PA I.D. # 92376<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335<br>Phone:  814.724.1165<br>Fax: 814.724.1158<br>Email: <u>dan@mrdebtbuster.com</u><br>Attorney for Debtor |

**CERTIFICATE OF SERVICE**

     I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Avoid and Cancel a Judgment Lien Which Impairs Exemptions of the Debtor, Proposed Order and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: February 2, 2026

*By: /s/ Caitlyn Campbell*
Caitlyn Campbell, HEAD PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.115

Case 25-10691-JCM    Doc 26    Filed 02/02/26    Entered 02/02/26 11:23:49    Desc Main
Document      Page 4 of 4

# **MATRIX**

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Law Offices of Hayt, Hayt & Landau, LLC
c/o Bryan Jon Polas, Esq.
2 Industrial Way West
PO Box 500
Eatontown, NJ 07724
*Service via US Mail*

LVNV Funding, LLC
PO Box 1269
Greenville, SC 29602
*Service via US Mail*

Glenn A. Boyd, Jr.
1272 Lisbon Road
Kennerdell, PA 16374
*Service via US Mail*