**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY CASE NO. 25-10691-JCM** |
| | : | |
| **Glenn A. Boyd, Jr.,** | : | **CHAPTER 13** |
| **Debtor,** | : | |
| _____ \_\_\_\_ | : | **RELATED TO DOCKET NO.: 32** |

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Amendment to Schedule F** that was filed on February 13, 2026, Order and the Notice of 341 Hearing by First-Class Mail, U.S. Postage Paid on all affected parties listed below.

Executed on: <u>February 16, 2026</u>

*By: /s/ Caitlyn Campbell*
Caitlyn Campbell, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Label Matrix for local noticing
0315-1
Case 25-10691-JCM
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Mon Feb 16 08:25:43 EST 2026

U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501-1169

American Accounts & Advisers
Attn: Bankruptcy
Po Box 250
Cottage Grove, MN 55016-0250

(p)CENTRAL ELECTRIC COOPERATIVE  INC
PO BOX 329
PARKER PA 16049-0329

Central Electric Corporation
128 Wilson Road
Sanford, NC 27332-9613

Chime
Attn: Bankruptcy
101 California Street, Suite 500
San Francisco, CA 94111-3580

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Consumer Portfolio Services Inc.
P.O. Box 57071
Irvine, CA 92619-7071

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

Cricket Wireless
702 Randolph St
Thomasville, NC 27360-5713

Dept Of Ed/aidvantage
Po Box 300001
Greenville, TX 75403-3001

First Electronic Bank
2150 S 1300 E #400
Salt Lake City, UT 84106-4336

(p)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

Fst Premier
3820 N Louise Ave
Sioux Falls, SD 57107-0145

LVNV Funding LLC/Resurgent Capital Servi
Resurgent Correspondence, Attn: Bankrupt
Po Box 1269
Greenville, SC 29602-1269

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Law Offices of Hayt, Hayt & Landau, LLC
Two Industrial Way West
PO Box 500
Eatontown, NJ 07724-0500

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Netflix
121 Albright Way
Los Gatos, CA 95032-1801

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

Quantum3 Group LLC as agent for
Katapult Group Inc.
PO Box 788
Kirkland, WA  98083-0788

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165-0250

Seneca Motors
121 Clark Drive
Seneca, PA 16346-2101

Springlf Fin
Po Box 1010
Evansville, IN 47706-1010

Stafford Group & Associates
Attn; Bankruptcy Department
P.O Box 433
Orange, CA 92856-6433

Sunnyview Rehabilitation and Nursing
Center
107 Sunnyview Circle
Butler, PA 16001-3547

Telecom Self-reported
Po Box 4500
Allen, TX 75013-1311

Transworld Systems
Po Box 15130
Wilmington, DE 19850-5130

Trident Asset Management
Attn: Bankruptcy
Po Box 888424
Atlanta, GA 30356-0424

Utility Selfreported
Po Box 4500
Allen, TX 75013-1311

Verizon
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304-2225


Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Glenn A. Boyd Jr.
1272 Lisbon Road
Kennerdell, PA 16374-2820

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Central Electric Cooperative
PO Box 329
Parker, PA 16049

Citizens Bank
PO Box 9665
Providence, RI 02940

First National Bank of Omaha
Attn: Bankruptcy
Po Box 3128
Omaha, NE 68103


Mission Lane LLC
Mission Lane LLC, Attn: Bankruptcy
Po Box 105286
Atlanta, GA 30348


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)ATLX 2024-RPL2 Trust

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36