**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 25-10691-JCM |
| | : | |
| Glenn A. Boyd, Jr., | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | DOCKET NO.: 37 |
| Glenn A. Boyd, Jr., | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Sunnyview Nursing and Rehab, | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AVOID**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the MOTION TO AVOID SUNNYVIEW NURSING AND REHAB, filed on February 2, 2026, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motions appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than February 19, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>February 20, 2026</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the CERTIFICATE OF NO OBJECTION, by First Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>February 20, 2026</u>                    *By: /s/ Caitlyn Campbell*
                                                      Caitlyn Campbell, HEAD PARALEGAL
                                                      FOSTER LAW OFFICES
                                                      1210 Park Avenue
                                                      Meadville, PA 16335
                                                      Tel 814.724.1165
                                                      Fax 814.724.1158

MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Sunnyview Nursing and Rehab
107 Sunnyview Circle
Butler, PA 16001
*Service via US Mail*

Glenn A. Boyd, Jr.
1272 Lisbon Road
Kennerdell, PA 16374
*Service via US Mail*