**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 25-10691-JCM |
| | : | |
| Glenn A. Boyd, Jr., | : | CHAPTER 13 |
|     Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 25 |
| Glenn A. Boyd, Jr., | : | |
|     Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| LVNV Funding, LLC, | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|     Respondents. | : | |

## ORDER GRANTING DEBTOR'S MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTOR

**AND NOW** this _____20th_____ day of _____February_____, 2026, upon the Movant's Motion to Avoid and Cancel a Judgment Lien which impairs an exemption of the Debtor/Movant.

It is hereby **ORDERED, ADJUDGED, and DECREED** that the judgment lien held by LVNV Funding, LLC, in and on Debtor's residential real estate at 1272 Lisbon Road Kennerdell, PA 16374, Parcel No(s). 27,002.-025..-000 in the amount of One Thousand Twenty Dollars and Ninety-One Cents ($1,020.91) at the docket number of 2023-0026, in the July term, 2023 of the Court of Common Pleas, Venango County is hereby cancelled.

It is further **ORDERED** that LVNV Funding, LLC is directed forthwith to take all steps necessary and appropriate to remove it from the local judgment index.

_____dak
John C Melaragno, *Judge*
*United States Bankruptcy Court*
SIGNED
2/20/26 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 25-10691-JCM

Glenn A. Boyd, Jr.                                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 20, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Glenn A. Boyd, Jr., 1272 Lisbon Road, Kennerdell, PA 16374-2820 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16623115 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2026 00:19:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Glenn A. Boyd  Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor ATLX 2024-RPL2 Trust dcarlon@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor ATLX 2024-RPL2 Trust bkgroup@kmllawgroup.com  wbecf@brockandscott.com |

District/off: 0315-1            User: auto            Page 2 of 2

Date Rcvd: Feb 20, 2026            Form ID: pdf900            Total Noticed: 2

Office of the United States Trustee
           ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
           cmecf@chapter13trusteewdpa.com

TOTAL: 5