**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY CASE NO. 25-10691-JCM** |
| | : | |
| **Glenn A. Boyd, Jr.,** | : | **CHAPTER 13** |
| **Debtor,** | : | |
| _____ | : | **RELATED TO DOCKET NO.: 38** |
| **Glenn A. Boyd, Jr.,** | : | |
| **Movant,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **LVNV Funding, LLC,** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ORDER ON MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTOR, by First Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>February 23, 2026</u>

*By: /s/ Caitlyn Campbell*
Caitlyn Campbell, HEAD PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

## MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Law Offices of Hayt, Hayt & Landau, LLC
c/o Bryan Jon Polas, Esq.
2 Industrial Way West
PO Box 500
Eatontown, NJ 07724
*Service via US Mail*

LVNV Funding, LLC
PO Box 1269
Greenville, SC 29602
*Service via US Mail*

Glenn A. Boyd, Jr.
1272 Lisbon Road
Kennerdell, PA 16374
*Service via US Mail*