**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 25−10691−JCM**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Glenn A. Boyd Jr.
1272 Lisbon Road
Kennerdell, PA 16374

Social Security No.:
xxx−xx−6867

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster | Ronda J. Winnecour |
| Foster Law Offices | Suite 3250, USX Tower |
| 1210 Park Avenue | 600 Grant Street |
| Meadville, PA 16335 | Pittsburgh, PA 15219 |
| Telephone number:  814.724.1165 | Telephone number:  412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| April 13, 2026 | April 13, 2026 |
| 01:00 PM | 01:00 PM |
| Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | Same location as Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/10/26

BY THE COURT

John C Melaragno
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                          Case No. 25-10691-JCM

Glenn A. Boyd, Jr.                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                     User: auto                            Page 1 of 3

Date Rcvd: Mar 10, 2026                  Form ID: rsc13                        Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenn A. Boyd, Jr., 1272 Lisbon Road, Kennerdell, PA 16374-2820 |
| 16616547 | + | Central Electric Corporation, 128 Wilson Road, Sanford, NC 27332-9613 |
| 16616551 | + | Cricket Wireless, 702 Randolph St, Thomasville, NC 27360-5713 |
| 16616559 | + | Netflix, 121 Albright Way, Los Gatos, CA 95032-1801 |
| 16616561 | + | Seneca Motors, 121 Clark Drive, Seneca, PA 16346-2101 |
| 16625029 | + | Sunnyview Rehabilitation and Nursing, Center, 107 Sunnyview Circle, Butler, PA 16001-3547 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2026 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2026 00:16:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16638753 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 11 2026 00:17:00 | ATLX 2024-RPL2 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 16616546 | + | Email/Text: pfahey@amaccts.com | Mar 11 2026 00:16:00 | American Accounts & Advisers, Attn: Bankruptcy, Po Box 250, Cottage Grove, MN 55016-0250 |
| 16636802 | | Email/Text: billing@central.coop | Mar 11 2026 00:16:00 | Central Electric Cooperative, PO Box 329, Parker, PA 16049 |
| 16625027 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 11 2026 00:16:00 | Citizens Bank, PO Box 9665, Providence, RI 02940 |
| 16616548 | + | Email/Text: omx-bnc-bk-notices@chime.com | Mar 11 2026 00:16:00 | Chime, Attn: Bankruptcy, 101 California Street, Suite 500, San Francisco, CA 94111-3580 |
| 16616549 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 11 2026 00:16:00 | Consumer Portfolio Services Inc., P.O. Box 57071, Irvine, CA 92619-7071 |
| 16616550 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2026 00:22:45 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16616552 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 11 2026 00:22:55 | Dept Of Ed/aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 16616554 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 11 2026 00:16:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 16616553 | + | Email/Text: bankruptcy@firstelectronic.com | Mar 11 2026 00:17:00 | First Electronic Bank, 2150 S 1300 E #400, Salt Lake City, UT 84106-4336 |
| 16616555 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

District/off: 0315-1                          User: auto                                    Page 2 of 3
Date Rcvd: Mar 10, 2026                       Form ID: rsc13                                Total Noticed: 36

| | | Mar 11 2026 00:22:45 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
|---|---|---|---|
| 16638242 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 11 2026 00:16:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16616556 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2026 00:22:46 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16623115 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2026 00:22:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16625028 | ^ MEBN | Mar 11 2026 00:10:01 | Law Offices of Hayt, Hayt & Landau, LLC, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 16616558 | Email/Text: ml-ebn@missionlane.com | Mar 11 2026 00:16:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 16631750 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2026 00:16:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16616557 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2026 00:16:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 16638059 | + Email/PDF: cbp@omf.com | Mar 11 2026 00:22:44 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 16635504 | Email/Text: bnc-quantum@quantum3group.com | Mar 11 2026 00:16:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 16616560 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 11 2026 00:17:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 16616562 | + Email/PDF: cbp@omf.com | Mar 11 2026 00:22:54 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 16616563 | + Email/Text: info@staffordga.com | Mar 11 2026 00:16:00 | Stafford Group & Associates, Attn; Bankruptcy Department, P.O Box 433, Orange, CA 92856-6433 |
| 16616564 | ^ MEBN | Mar 11 2026 00:10:02 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 16625030 | + Email/Text: bankruptcydepartment@tsico.com | Mar 11 2026 00:16:00 | Transworld Systems, Po Box 15130, Wilmington, DE 19850-5130 |
| 16616565 | ^ MEBN | Mar 11 2026 00:09:21 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 16616566 | ^ MEBN | Mar 11 2026 00:09:28 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 16616567 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 11 2026 00:16:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ATLX 2024-RPL2 Trust |
| 16625026 | *+ | Central Electric Corporation, 128 Wilson Road, Sanford, NC 27332-9613 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0315-1                    User: auto                              Page 3 of 3

Date Rcvd: Mar 10, 2026                 Form ID: rsc13                   Total Noticed: 36

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | |
| | on behalf of Debtor Glenn A. Boyd  Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | |
| | on behalf of Creditor ATLX 2024-RPL2 Trust dcarlon@kmllawgroup.com |
| Matthew Fissel | |
| | on behalf of Creditor ATLX 2024-RPL2 Trust bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 5