**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 25−10691−JCM**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Glenn A. Boyd Jr.
1272 Lisbon Road
Kennerdell, PA 16374

Social Security No.:

xxx−xx−6867

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Telephone number:  814.724.1165

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
May 18, 2026
02:00 PM
Zoom video meeting. Go to Zoom.us/join, Enter Meeting
ID 984 369 3045, and Passcode 6747057013, call
1−412−532−8861

CONFIRMATION HEARING DATE/TIME/LOC
May 18, 2026
02:00 PM

Same location as
Meeting of Creditors

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE
DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL
RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE
OR HEARING.**

Dated: 4/14/26

BY THE COURT

John C Melaragno
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                   Case No. 25-10691-JCM

Glenn A. Boyd, Jr.                                                       Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                    User: auto                              Page 1 of 3

Date Rcvd: Apr 14, 2026                 Form ID: rsc13                          Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenn A. Boyd, Jr., 1272 Lisbon Road, Kennerdell, PA 16374-2820 |
| 16616547 | + | Central Electric Corporation, 128 Wilson Road, Sanford, NC 27332-9613 |
| 16616551 | + | Cricket Wireless, 702 Randolph St, Thomasville, NC 27360-5713 |
| 16616559 | + | Netflix, 121 Albright Way, Los Gatos, CA 95032-1801 |
| 16616561 | + | Seneca Motors, 121 Clark Drive, Seneca, PA 16346-2101 |
| 16625029 | + | Sunnyview Rehabilitation and Nursing, Center, 107 Sunnyview Circle, Butler, PA 16001-3547 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2026 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2026 00:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16638753 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 15 2026 00:15:00 | ATLX 2024-RPL2 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 16648257 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 15 2026 00:12:39 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 16616546 | + | Email/Text: pfahey@amaccts.com | Apr 15 2026 00:14:00 | American Accounts & Advisers, Attn: Bankruptcy, Po Box 250, Cottage Grove, MN 55016-0250 |
| 16636802 | | Email/Text: billing@central.coop | Apr 15 2026 00:14:00 | Central Electric Cooperative, PO Box 329, Parker, PA 16049 |
| 16625027 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 15 2026 00:14:00 | Citizens Bank, PO Box 9665, Providence, RI 02940 |
| 16616548 | + | Email/Text: omx-bnc-bk-notices@chime.com | Apr 15 2026 00:14:00 | Chime, Attn: Bankruptcy, 101 California Street, Suite 500, San Francisco, CA 94111-3580 |
| 16616549 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 15 2026 00:14:00 | Consumer Portfolio Services Inc., P.O. Box 57071, Irvine, CA 92619-7071 |
| 16616550 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 15 2026 00:12:40 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16616552 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 15 2026 00:12:58 | Dept Of Ed/aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 16616554 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 15 2026 00:14:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |

| 16616553 | + | Email/Text: bankruptcy@firstelectronic.com | Apr 15 2026 00:15:00 | First Electronic Bank, 2150 S 1300 E #400, Salt Lake City, UT 84106-4336 |
| 16616555 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 15 2026 00:12:40 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16638242 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 15 2026 00:15:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16616556 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2026 00:13:16 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16623115 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2026 00:13:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16625028 | ^ | MEBN | Apr 15 2026 00:07:32 | Law Offices of Hayt, Hayt & Landau, LLC, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 16616558 | | Email/Text: ml-ebn@missionlane.com | Apr 15 2026 00:13:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 16631750 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2026 00:14:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16616557 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2026 00:14:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 16638059 | + | Email/PDF: cbp@omf.com | Apr 15 2026 00:13:10 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 16635504 | | Email/Text: bnc-quantum@quantum3group.com | Apr 15 2026 00:14:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 16616560 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 15 2026 00:15:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 16616562 | + | Email/PDF: cbp@omf.com | Apr 15 2026 00:13:10 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 16616563 | + | Email/Text: info@staffordga.com | Apr 15 2026 00:14:00 | Stafford Group & Associates, Attn; Bankruptcy Department, P.O Box 433, Orange, CA 92856-6433 |
| 16616564 | ^ | MEBN | Apr 15 2026 00:07:16 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 16625030 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 15 2026 00:15:00 | Transworld Systems, Po Box 15130, Wilmington, DE 19850-5130 |
| 16616565 | ^ | MEBN | Apr 15 2026 00:07:09 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 16616566 | ^ | MEBN | Apr 15 2026 00:07:10 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 16616567 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 15 2026 00:13:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | ATLX 2024-RPL2 Trust |
| 16625026 | *+ | Central Electric Corporation, 128 Wilson Road, Sanford, NC 27332-9613 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0315-1                  User: auto                    Page 3 of 3
Date Rcvd: Apr 14, 2026              Form ID: rsc13                Total Noticed: 37

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026                   Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel P. Foster | on behalf of Debtor Glenn A. Boyd  Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Matthew Fissel | on behalf of Creditor ATLX 2024-RPL2 Trust bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4