**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 25‒10691‒JCM**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Glenn A. Boyd Jr.
1272 Lisbon Road
Kennerdell, PA 16374

Social Security No.:
xxx‒xx‒6867

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster | Ronda J. Winnecour |
| Foster Law Offices | Suite 3250, USX Tower |
| 1210 Park Avenue | 600 Grant Street |
| Meadville, PA 16335 | Pittsburgh, PA 15219 |
| Telephone number:  814.724.1165 | Telephone number:  412‒471‒5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| June 29, 2026 | June 29, 2026 |
| 01:00 PM | 01:00 PM |
| Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1‒412‒532‒8861 | Same location as Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 5/19/26

BY THE COURT

John C Melaragno
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 25-10691-JCM

Glenn A. Boyd, Jr.                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                              User: auto                                  Page 1 of 3

Date Rcvd: May 19, 2026                          Form ID: rsc13                              Total Noticed: 37

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenn A. Boyd, Jr., 1272 Lisbon Road, Kennerdell, PA 16374-2820 |
| 16616547 | + | Central Electric Corporation, 128 Wilson Road, Sanford, NC 27332-9613 |
| 16616551 | + | Cricket Wireless, 702 Randolph St, Thomasville, NC 27360-5713 |
| 16616559 | + | Netflix, 121 Albright Way, Los Gatos, CA 95032-1801 |
| 16616561 | + | Seneca Motors, 121 Clark Drive, Seneca, PA 16346-2101 |
| 16625029 | + | Sunnyview Rehabilitation and Nursing, Center, 107 Sunnyview Circle, Butler, PA 16001-3547 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2026 01:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2026 01:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16638753 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 20 2026 01:57:00 | ATLX 2024-RPL2 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 16648257 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 20 2026 02:09:12 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 16616546 | + | Email/Text: pfahey@amaccts.com | May 20 2026 01:56:00 | American Accounts & Advisers, Attn: Bankruptcy, Po Box 250, Cottage Grove, MN 55016-0250 |
| 16636802 | | Email/Text: billing@central.coop | May 20 2026 01:56:00 | Central Electric Cooperative, PO Box 329, Parker, PA 16049 |
| 16625027 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 20 2026 01:56:00 | Citizens Bank, PO Box 9665, Providence, RI 02940 |
| 16616548 | + | Email/Text: omx-bnc-bk-notices@chime.com | May 20 2026 01:56:00 | Chime, Attn: Bankruptcy, 101 California Street, Suite 500, San Francisco, CA 94111-3580 |
| 16616549 | + | Email/Text: bankruptcy@consumerportfolio.com | May 20 2026 01:56:00 | Consumer Portfolio Services Inc., P.O. Box 57071, Irvine, CA 92619-7071 |
| 16616550 | + | Email/PDF: creditonebknotifications@resurgent.com | May 20 2026 02:09:25 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16616552 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 20 2026 02:09:12 | Dept Of Ed/aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 16616554 | | Email/Text: collecadminbankruptcy@fnni.com | May 20 2026 01:56:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |

District/off: 0315-1                                User: auto                                    Page 2 of 3
Date Rcvd: May 19, 2026                      Form ID: rsc13                              Total Noticed: 37

| | | | | |
|---|---|---|---|---|
| 16616553 | + | Email/Text: bankruptcy@firstelectronic.com | May 20 2026 01:57:00 | First Electronic Bank, 2150 S 1300 E #400, Salt Lake City, UT 84106-4336 |
| 16616555 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 20 2026 02:09:38 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16638242 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 20 2026 01:56:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16616556 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2026 02:09:13 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16623115 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2026 02:09:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16625028 | ^ | MEBN | May 20 2026 01:55:29 | Law Offices of Hayt, Hayt & Landau, LLC, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 16616558 | | Email/Text: ml-ebn@missionlane.com | May 20 2026 01:56:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 16631750 | + | Email/Text: bankruptcydpt@mcmcg.com | May 20 2026 01:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16616557 | + | Email/Text: bankruptcydpt@mcmcg.com | May 20 2026 01:56:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 16638059 | + | Email/PDF: cbp@omf.com | May 20 2026 02:09:37 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 16635504 | | Email/Text: bnc-quantum@quantum3group.com | May 20 2026 01:56:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 16616560 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 20 2026 01:57:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 16616562 | + | Email/PDF: cbp@omf.com | May 20 2026 02:09:25 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 16616563 | + | Email/Text: info@staffordga.com | May 20 2026 01:56:00 | Stafford Group & Associates, Attn; Bankruptcy Department, P.O Box 433, Orange, CA 92856-6433 |
| 16616564 | ^ | MEBN | May 20 2026 01:55:30 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 16625030 | + | Email/Text: bankruptcydepartment@tsico.com | May 20 2026 01:56:00 | Transworld Systems, Po Box 15130, Wilmington, DE 19850-5130 |
| 16616565 | ^ | MEBN | May 20 2026 01:55:04 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 16616566 | ^ | MEBN | May 20 2026 01:55:06 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 16616567 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 20 2026 01:56:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ATLX 2024-RPL2 Trust |
| 16625026 | *+ | Central Electric Corporation, 128 Wilson Road, Sanford, NC 27332-9613 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0315-1                          User: auto                                    Page 3 of 3
Date Rcvd: May 19, 2026                       Form ID: rsc13                                Total Noticed: 37

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Daniel P. Foster
                                on behalf of Debtor Glenn A. Boyd  Jr. dan@mrdebtbuster.com,
                                katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Matthew Fissel
                                on behalf of Creditor ATLX 2024-RPL2 Trust bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee
                                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                cmecf@chapter13trusteewdpa.com


TOTAL: 4