**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

GLENN A. BOYD, JR.

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:25-10691

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/11/2025 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 2,190.00 |
| Less Refunds to Debtor | 2,058.60 | |
| TOTAL AMOUNT OF PLAN FUND | | 131.40 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 131.40 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 131.40 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| ATLX 2024-RPL2 TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1636 | | | | |
| ATLX 2024-RPL2 TRUST | 4,764.42 | 0.00 | 0.00 | 0.00 |
| Acct: 1636 | | | | |
| QUANTUM3 GROUP LLC - AGENT KATAPU | 646.51 | 0.00 | 0.00 | 0.00 |
| Acct: 9452 | | | | |
| * * * N O N E * * * | | | | |
| Priority | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GLENN A. BOYD, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GLENN A. BOYD, JR. | 2,058.60 | 2,058.60 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 4,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| * * * N O N E * * * | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | AMERICAN ACCOUNTS AND ADVISERS<br>Acct: 1726 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CENTRAL ELECTRIC CO-OP, INC.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CHIME<br>Acct: 9D12 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITIZENS BANK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT ONE BANK<br>Acct: 8716 | 0.00 | 0.00 | 0.00 | 0.00 |
| | AIDVANTAGE O/B/O THE DEPARTMENT O<br>Acct: 6867 | 46,904.47 | 0.00 | 0.00 | 0.00 |
| | DEPT OF ED/AIDVANTAGE<br>Acct: 0127 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DEPT OF ED/AIDVANTAGE<br>Acct: 1013 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DEPT OF ED/AIDVANTAGE<br>Acct: 0127 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DEPT OF ED/AIDVANTAGE<br>Acct: 1013 | 0.00 | 0.00 | 0.00 | 0.00 |
| | FIRST NATIONAL BANK OF OMAHA(*)<br>Acct: 2777 | 0.00 | 0.00 | 0.00 | 0.00 |
| | FIRST PREMIER BANK<br>Acct: 3959 | 0.00 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC<br>Acct: 8075 | 1,020.91 | 0.00 | 0.00 | 0.00 |
| | MIDLAND CREDIT MANAGEMENT<br>Acct: 4123 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDLAND CREDIT MANAGEMENT<br>Acct: 5062 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDLAND CREDIT MANAGEMENT INC<br>Acct: 6907 | 612.75 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC(*)<br>Acct: 1186 | 1,314.48 | 0.00 | 0.00 | 0.00 |
| | SENECA MOTORS INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ONE MAIN FINANCIAL GROUP LLC(*)<br>Acct: 5417 | 1,251.80 | 0.00 | 0.00 | 0.00 |
| | STAFFORD GROUP AND ASSOCIATES<br>Acct: 6797 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SUNNYVIEW NURSING AND REHAB<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | TELECOM SELF REPORTED<br>Acct: 91B0 | 0.00 | 0.00 | 0.00 | 0.00 |
| | TELECOM SELF REPORTED<br>Acct: EE01 | 0.00 | 0.00 | 0.00 | 0.00 |
| | TRIDENT ASSET MANAGEMENT<br>Acct: 6045 | 0.00 | 0.00 | 0.00 | 0.00 |
| | UTILITY SELF REPORTED<br>Acct: B823 | 0.00 | 0.00 | 0.00 | 0.00 |
| | VERIZON WIRELESS<br>Acct: 0003 | 0.00 | 0.00 | 0.00 | 0.00 |
| | VERIZON WIRELESS<br>Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC<br>Acct: 5831 | 795.90 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC - AGENT KATAPL<br>Acct: 9452 | 322.43 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION | 144,009.62 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 6897 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS 0.00

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 5,410.93 |
| UNSECURED | 196.232.36 |

Date: 08/14/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com